[Civ. No. 3941. First Appellate District, Division One.—September 16, 1921.]

JOHANN SCHOMAKER, Appellant, v. ALL PERSONS, etc., Respondents.

APPEAL—SECOND JUDGMENT—REVIEW OF ORDER GRANTING NEW TRIAL. Judgment affirmed on the authority of *Schomaker* v. *Roemer et al., ante,* p. 528.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. George E. Crothers, Judge. Affirmed.

The facts are identical with those stated in the opinion in *Schomaker* v. *Roemer et al., ante,* p. 528.

Reisner & Honey for Appellant.

T. W. Hubbard and Hubbard & Johnson for Respondents.

THE COURT.—Upon the authority of *Schomaker* v. *Roemer et al., ante,* p. 528 [201 Pac. 803], the judgment herein is affirmed.